UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINPIAO ZHOU,<br><br>       Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, et al.,<br><br>       Respondents. | Case No.: 25-CV-3503 JLS (DEB)<br><br>**ORDER:**<br><br>**(1) DISMISSING WITH LEAVE TO AMEND PETITION FOR WRIT OF HABEAS CORPUS, AND**<br><br>**(2) DENYING MOTION TO WAIVE FEES AND COSTS**<br><br>(ECF Nos. 1, 2) |

  Presently before the Court is Petitioner Yinpiao Zhou's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1).  Also before the Court is Petitioner's Motion to Waive Fees and Costs ("Mot.," ECF No. 2).  Petitioner's Motion "requests that the fees and costs related to the filing of this proceeding be waived because he is currently in detention and unable to access his funds." Mot. at 1.  Without more information, however, the Court cannot waive fees and costs on these grounds. *See Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (Pursuant to 28 U.S.C. § 1915(a), a plaintiff may commence an action without paying the filing fees where she submits an affidavit stating that she lacks sufficient funds and where her suit is not frivolous

or malicious. . . . An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life. . . . [A] plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." (internal citations and quotation marks omitted))

Accordingly, the Court **DENIES** Petitioner's Motion (ECF No. 2) and **DISMISSES** the Petition (ECF No. 1) with **LEAVE TO AMEND** until Petitioner submits a proper Form to Proceed *In Forma Pauperis*[1] or pays the filing fee.

**IT IS SO ORDERED.**

Dated:  December 11, 2025

Hon. Janis L. Sammartino
United States District Judge

---

[1] Available at: https://www.casd.uscourts.gov/_assets/pdf/attorney/prose/Motion%20to%20Proceed%20IFP.pdf.